Laramore *vs.* Executors of Christian.

---

No. 9.—JAMES LARAMORE, Sen. plaintiff in error, *vs.* The Executors of ALLEN CHRISTIAN, deceased, defendants.

[1.] The notice required by the Act of 1845, is of the *signing*, not the *filing*, of the bill of exceptions.

A motion was made to dismiss this writ of error, on the ground, that no notice of the signing and certifying of the bill of exceptions had been served on the defendant, or filed in the office of the Clerk below. There was a notice of the *filing* of the bill of exceptions.

LYON, for the motion.

MORGAN, contra.

*By the Court.*—WARNER, J.

The Act of 1845 does not require that notice should be given of the *filing* the bill of exceptions in the Clerk's office ; the Act

requires that notice of the *signing* the bill of exceptions, by the Judge of the Superior Court, shall be given to the adverse party, or his counsel, within ten days after the same shall have been done, and shall then be filed in the Clerk's office, &c. In this case, the bill of exceptions, as appears from the certificate of the Clerk, was filed in his office; but it does not appear that notice of the *signing* the bill of exceptions was given to the adverse party, as required by the Act. Therefore, let the writ of error be dismissed.